UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV18-05266 JAK (FFMx) | Date | January 2, 2019 |
| Title | Carla Jo Masterson, et al. v. The Walt Disney Company, et al. | | |

---

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION (DKT. 9)** **JS-6**

An Order to Show Cause re Dismissal was filed on October 12, 2018 ordering Plaintiff either to: (i) respond in writing no later than October 22, 2018 as to why the matter should not be dismissed for lack of prosecution; or (ii) serve the summons and complaint pursuant to Fed. R. Civ. P. 4(m). There has been no response filed to the Order to Show Cause, nor has a proof of service been filed indicating that the summons and complaint have been served on Defendants or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Order.

**IT IS SO ORDERED.**

  :  
Initials of Preparer   ak